FILE COPY

RE: Case No. 25-0048           DATE: 1/21/2025
COA #: 15-24-00029         TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. RANCE L. CRAFT
OFFICE OF THE TEXAS ATTORNEY GENERAL
P.O. BOX 12548 (MC 059)
AUSTIN, TX   78711-2548
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0048                    DATE: 1/21/2025
COA #: 15-24-00029                      TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MS. LYNN E. SAARINEN
                    OFFICE OF THE ATTORNEY GENERAL
                    P.O. BOX 12548 (MC017)
                    AUSTIN, TX  787711-2548
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048        DATE: 1/21/2025
COA #: 15-24-00029        TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MR. JEFFREY L. OLDHAM
BRACEWELL LLP
711 LOUISIANA STREET, SUITE 2300
HOUSTON, TX 77002-2770
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048            DATE: 1/21/2025
COA #: 15-24-00029          TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    MR. MATTHEW  NIELSEN
                    BRACEWELL LLP
                    1445 ROSS AVE STE 3800
                    DALLAS, TX  75202-2724
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                  DATE: 1/21/2025
COA #: 15-24-00029               TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                         DATE: 1/21/2025
COA #: 15-24-00029                           TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

                    DISTRICT CLERK  DALLAS COUNTY
                    DALLAS COUNTY COURTHOUSE
                    GEORGE L. ALLEN, SR. COURTS BUILDING
                    600 COMMERCE, SUITE 103
                    DALLAS, TX  75202
                    * DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0048                        DATE: 1/21/2025
COA #: 15-24-00029                          TC#: DC-10-11029
STYLE: EX PARTE THE CITY OF IRVING

     Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. JANET MARIE SPUGNARDI
CITY ATTORNEY'S OFFICE
825 W. IRVING BLVD.
IRVING, TX  75060
* DELIVERED VIA E-MAIL *